BETTY ALLISON JAMES v. PHILIP F. FRANCESCO.

November 30, 1971.  Petition for certification granted.

STATE OF NEW JERSEY v. PEARL RICKS.

November 30, 1971.  Petition for certification denied.

FRED SNACKI v. WALLACE B. GRANT, *ET AL.*

November 30, 1971.  Petition for certification denied.

JULES MC CREADY, *ET AL.* v. BUILDING INSPECTOR OF THE BOROUGH OF NEW MILFORD, *ET AL.*

November 30, 1971.  Petition for certification denied.

IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST S. EDWARD HAUSNER t/a SKYLINE LOUNGE.

November 30, 1971. Petition for certification granted. (See 116 *N. J. Super.* 206)

STATE OF NEW JERSEY v. EUGENE FREEMAN.

November 30, 1971.  Petition for certification denied.